UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FLIGHTDOCS, INC.,

                Plaintiff,

-against-

STEVEN H. JACKSON, DAVID WUNSCH,
LORETTA MORMINO, JOHN MORMINO,
CLAUDIA JACKSON, and DOBERDOCS,
LLC,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4840 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 4 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on August 23, 2005, dismissing the action with leave to re-open in the event the Texas arbitration fails to resolve all the issues concerning tortious interference with contract; it is

ORDERED and ADJUDGED that plaintiff take nothing of he defendants; and that the action is dismissed with leave to re-open in the event the Texas arbitration fails to resolve all issues concerning tortious interference with contract.

Dated: Brooklyn, New York
       August 23, 2005

Robert C. Heinemann
Clerk of Court

By: _____ /s/
TerryVaughn
Chief Deputy Clerk
for Operations